O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8503 AHM (PLAx) | Date | November 25, 2009 |
|---|---|---|---|
| Title | AURORA LOAN SERVICES LLC  v. JOSE GARCIA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On November 18, 2009, Defendants filed what purports to be a "Notice of Removal" of a state action.  Attached to the entirely unintelligible "Notice of Removal" is a demurrer; however, Defendants have not attached the complaint to which the demurrer was filed in response (which, presumably, is the complaint that Defendants seek to remove to federal court).  Accordingly, the Court *sua sponte* remands the action to Superior Court of the State of California, County of Los Angeles.

This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

                                                                                                      :

                                                Initials of Preparer        SMO

**JS-6**